01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,          )    CASE NO.: CR00-506-TSZ
                                   )
        Plaintiff,                 )
                                   )
    v.                             )    SUMMARY REPORT OF U.S.
                                   )    MAGISTRATE JUDGE AS TO
KENNETH B. JOHNSON,                )    ALLEGED VIOLATIONS
                                   )    OF SUPERVISED RELEASE
        Defendant.                 )
_____    )

An initial hearing on supervised release revocation in this case was scheduled before me on September 21, 2005.  The United States was represented by AUSA Tessa Gorman and the defendant by Carol Koller.  The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about June 14, 2001 by the Honorable Thomas S. Zilly on a charge of Distribution of Methamphetamine and sentenced to 6 Months Custody, 5 years Supervised Release. (Dkt. 22).

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision.  Other special conditions included mandatory drug testing, narcotic addiction/drug dependency treatment and testing, refrain from alcohol and other intoxicants, submit to search, participate in a mental health program, provide access to financial information, refrain from self-employment or employment by friends or family unless approved by probation officer, do not accept employment until approved

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

01   by probation officer, do not work for cash, and provide copies of paycheck stubs to probation

02   officer.

03        Defendant commenced supervision on February 4, 2005.  On March 29, 2005, his

04   probation officer reported that he tested positive for methamphetamine.  This was his first positive

05   test since commencing supervision.  He was reprimanded, placed in a structured testing program

06   with increased frequency of testing, and referred for counseling and outpatient treatment. (Dkt.

07   26).

08        On June 3, 2005, defendant agreed to modify the conditions of supervised release to

09   require residence in a halfway house for up to 180 days.  The change was recommended based on

10   five urine samples that tested positive for methamphetamine.  (Dkt. 27).

11        In an application dated August 16, 2005, U.S. Probation Officer Jennifer J. Tien alleged

12   the following violation of the conditions of supervised release:

13        1.     Being arrested and charged with driving on a suspended license, first degree;

14   speeding 13 miles per hour over limit; and refusing to comply with police on July 31, 2005 in

15   Lynnwood Municipal Court, Lynnwood, Washington, in violation of the general condition that

16   the defendant not commit any federal, state or local offenses.

17        2.     Failing to report for urinalysis testing on August 3, 2005, in violation of the special

18   condition of drug aftercare.

19        3.     Failing to reside in and successfully participate in the community corrections center

20   program at Pioneer Fellowship House, as directed by the Court, in violation of his special

21   condition of supervised release. (Dkt.28.)

22        Defendant was advised in full as to those charges and as to his constitutional rights.

23        Defendant admitted each of the alleged violations and waived any evidentiary hearing as

24   to whether they occurred.

25   / / /

26   / / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 2

01          I therefore recommend the Court find defendant violated his supervised release as alleged

02    and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

03    set before Judge Zilly.

04          Pending a final determination by the Court, defendant has been detained.

05          DATED this  21st  day of September, 2005.

06

07                                          _____

08                                          Mary Alice Theiler
                                            United States Magistrate Judge

09

10

11    cc:    District Judge:              Honorable Thomas S. Zilly
              AUSA:                        Tessa Gorman
12            Defendant's attorney:        Carol Koller
              Probation officer:           Jennifer J. Tien

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 3