UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH B. JOHNSON,<br><br>Defendant. | CASE NO. CR00-506TSZ<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on April 19, 2007. The United States was represented by Kent Liu. The defendant was represented by Michael Filipovic for Carol Kohler. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Distribution of Methamphetamine on or about June 14, 2001. The Hon. Thomas S. Zilly of this court sentenced Defendant to seventy-two months of confinement, followed by five years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard thirteen conditions.

## DEFENDANT'S ADMISSION

USPO Jennifer J. Tien alleged that Defendant violated the conditions of supervised

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

release in three respects:

   (1)   Using alcohol on or before April 11, 2007, in violation of the special condition of drug aftercare;

   (2)   Failing to successfully complete placement at the residential reentry center by leaving the facility without permission on or before April 11, 2007, in violation of the special condition that he reside at the RRC for up to 120 days; and

   (3)   Failing to report for urinalysis testing on April 12, 2007, in violation of the special condition of drug aftercare.

I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted the violations # 1, 2, and 3, and waived any hearing as to whether they occurred. The parties consented to having the matter set for a disposition hearing before the Hon. Thomas S. Zilly.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing. Defendant has been detained pending a final determination by the Court.

DATED this 20th day of April, 2007.

Monica J. Benton
U.S. Magistrate Judge

cc:   Sentencing Judge          :   Hon. Thomas S. Zilly
      Assistant U.S. Attorney   :   Kent Liu
      Defense Attorney          :   Michael Filipovic/Carol Koller
      U. S. Probation Officer   :   Jennifer Tien

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-