UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR00-506-TSZ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| KENNETH B. JOHNSON, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on September 23, 2008. The United States was represented by AUSA Tessa M. Gorman and the defendant by Carol A. Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 14, 2001 by the Honorable Thomas S. Zilly on a charge of Distribution of Methamphetamine, and sentenced to six years custody, five years supervised release. (Dkt. 22.)

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to mandatory drug testing, participate in a drug program, abstain from alcohol, submit to search, participate in a mental health program, provide access to financial

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

information, avoid self-employment or employment by friends or relatives unless approved by his probation officer, get approval for all employment from his probation officer, and not work for cash.

On March 29, 2005, defendant's probation officer reported that defendant tested positive for methamphetamine. Defendant was reprimanded, put in a structured and more frequent testing program, and referred for professional assessment, counseling, and intensive outpatient treatment. (Dkt. 26.) No further action was taken at the time.

On June 2, 2005, the conditions of supervision were modified to require defendant to reside in and successfully participate in a community corrections program for up to 180 days. (Dkt. 27.)

On September 21, 2005, defendant admitted violating the conditions of supervision by committing the offenses of driving with a suspended license, speeding, and refusal to comply with police; by failing to report for urinalysis testing, and by failing to reside in and successfully participate in a community corrections program. (Dkt. 29.) Defendant was sentenced to 3 months in custody, 56 months supervised release, and ordered to reside in a community corrections center for 4 months upon release. (Dkt. 38.)

On October 10, 2006, defendant admitted to violating the conditions of supervised release by using methamphetamine, cocaine and THC, by failing to report for urinalysis testing, and by failing to participate in Moral Reconation Therapy. (Dkt. 44.) Defendant was sentenced to three months in custody, with credit for time served, and supervised release of 48 months. (Dkt. 49.)

On April 19, 2007, defendant admitted to violating the conditions of supervised release by using alcohol, failing to successfully complete the placement at the residential reentry program

by leaving the facility without permission, and failing to report for urinalysis testing. (Dkt. 55.) Defendant was sentenced to 90 days in custody, 42 months supervised release. (Dkt. 59.)

In an application dated September 5, 2008 (Dkt. 61), U.S. Probation Officer Jennifer J. Tien alleged the following violation of the conditions of supervised release:

1. Committing the offense of possession of narcotics on or before September 5, 2008, in violation of the general condition that the defendant not commit any federal, state or local crimes.

At an evidentiary hearing on September 23, 2008, the government offered a police report detailing the investigation that led to the violation report. The report was accepted into evidence without objection, and the government's motion to seal the report was granted. (Dkt. 68.) The parties stipulated that the matter could be decided based on the police report. (Dkt. 69.) The Court finds that it has been established, by a preponderance of the evidence, that defendant committed the offense of possession of narcotics on or before September 5, 2008.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly.

Pending a final determination by the Court, defendant has been detained.

DATED this 23rd day of September, 2008.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge:       Honorable Thomas S. Zilly
    AUSA:                 Tessa M. Gorman
    Defendant's attorney: Carol A. Koller
    Probation officer:    Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -4